Dated: May 3, 2024

The following is ORDERED:



/s/ Paul R. Thomas
PAUL R. THOMAS
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| **ARNOLD BROTHERS** | ) | |
| **FOREST PRODUCTS, INC.** | ) | |
| | ) | Case No. 24-80318 |
| Debtor, | ) | |
| | ) | |
| _____ | ) | |

### ORDER AUTHORIZING EXPEDITED HEARING

Before the Court are the Debtor's Applications for Expedited Hearing regarding Debtor's Application to Employ Potts Law [Doc. 9] and for its Motion to Use Cash Collateral [Doc. 11], (the "Applications"), filed by Jeff Potts on behalf of the Debtor, Arnold Brothers Forest Products, Inc.

After reviewing the Application, and based on representation of counsel, the Court grants the Applications for an expedited hearing. The expedited hearing is now set for **May 6, 2024, at 10:00 a.m.** in Court Room #4 of the United States District Court for the Eastern District of Oklahoma, Bankruptcy Division, located at 101 North 5th Street, Muskogee, Oklahoma 74401.

Objections to the Applications shall be filed on or before **May 6, 2024, at 9:00 a.m.**

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Applications for an expedited hearing are **GRANTED.**

**IT IS SO ORDERED**

**MOVANT SHALL NOTIFY ALL INTERESTED PARTIES and file a certificate of mailing.**

###