**Dated: May 10, 2024**

**The following is ORDERED:**



*Paul R. Thomas*
PAUL R. THOMAS
UNITED STATES BANKRUPTCY JUDGE

_____

### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF OKLAHOMA

Re: Arnold Brothers Forest Products, Inc.               Case No. 24-80318-PRT
                                                        Chapter 11
      Debtor(s).

### ORDER RESTRICTING OBJECTION TO DEBTOR'S MOTION FOR INTERIM ORDER APPROVING USE OF CASH COLLATERAL DE #29

    The Motion to Redact Personal Identifier as to Objection to Debtor's Motion for Interim Order Approving Use of Cash Collateral, DE #29 filed by AmeriState Bank comes before the court. The court finds that the document referenced within the Motion contains personal identifiers that should have been redacted under Fed. R. Bankr. P. 9037. As a result, the relief is granted.

    If the redacted document was not attached to the Motion to Redact, a replacement document is required. The document shall be refiled by the original filer within seven (7) days of the entry of this order and shall be identical to the original document it replaces, with the exception of the redacted information required by Fed. R. Bankr. P 9037. The redacted document attached to the Motion to Redact or refiled at a later date shall be deemed filed the same date of the filing of the original non-redacted document.

    Nothing in this order shall affect the rights of the United States Trustee, the debtors, counsel for the debtors, the Case Trustee, or counsel for the Trustee in this matter to request access to the original document by filing the appropriate motion.

**MOVANT TO NOTIFY ALL PARTIES RECEIVING THE
ORIGINAL DOCUMENT OF THE ENTRY OF THIS ORDER**

### ###