| Income | & Cost of Goods Sold | | | | | | | Description |
|---|---|---|---|---|---|---|---|---|
| | | May 2024 | June 2024 | July 2024 | August 2024 | Sept. 2024 | Oct. 2024 | |
| | Income from Sales | 15,000 | 50,000 | 80,000 | 80,000 | 80,000 | 80,000 | Income from sale of packaged cooking wood products and lost circulation materials (LCM). |
| | Total Sales | 15,000 | 50,000 | 80,000 | 80,000 | 80,000 | 80,000 | Income from sale of packaged cooking wood products and lost circulation materials (LCM). Deposited in DIP account, but has not been spent. |
| | Income from unsecured gifts from family members to make cash payments to workers, utility bills and insurance. | 20,000 | | | | | | Debtor used unsecured gifts from family members to make payroll in the month of May and first week of June. Payroll was paid in cash and was not deposited in a DIP account. |
| | **Gross Income** | **35,000** | **50,000** | **80,000** | **80,000** | **80,000** | **80,000** | |
| **Expenses** | | | | | | | | |
| | Insider Compensation | | | 4,000 | 4,000 | 4,000 | 4,000 | Subject to Court Approval. |
| | Payroll | 22,000 | 22,000 | 27,500 | 22,000 | 27,500 | 27,500 | Employees are paid on a weekly basis. The amount fluctuations based on whether are 4 or 5 weeks in each particular month. |
| | Payroll Tax | | | | | | | |

|  | Payroll Expenses |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
|  | Rent (Arnold Brothers) |  | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | Paid to Nancy Belcher |
|  | Rent (Headquarters) |  | 2,200 | 2,200 | 2,200 | 2,200 | 2,200 | Paid to Nancy Belcher |
|  | Cost of Wood | 0 | 10,000 | 25,000 | 25,000 | 25,000 | 25,000 |  |
|  | Electricity | 1,800 | 1,800 | 1,800 | 1,800 | 1,800 | 1,800 |  |
|  | Water | 200 | 200 | 200 | 200 | 200 | 200 |  |
|  | Trash/Port-a-John | 450 | 450 | 450 | 450 | 450 | 450 |  |
|  | Internet & Phone |  |  |  |  |  |  |  |
|  | Fuel | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 |  |
|  | Vehicle Lease (John Deere) |  | 962.19 | 962.19 | 962.19 | 962.19 | 962.19 | Frost Bank, Adequate Protection payment subject to court approval |
|  | Vehicle Rental |  | 1,984 | 1,984 | 1,984 | 1,984 | 1,984 | Adequate protection payments subject to court approval |
|  | Bank Fees | 25 | 25 | 25 | 25 | 25 | 25 | DIP accounts at First United in Durant, Oklahoma |
|  | Licenses & Permits |  |  |  |  |  |  |  |
|  | Insurance |  |  |  |  |  |  | TBA |
|  | Workers' Compensation | 580 | 580 | 580 | 580 | 580 | 580 |  |
|  | Accounting Fees | 650 | 650 | 650 | 650 | 650 | 650 | Estimated Accounting Fees subject to Court approval |

|  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
|  | Legal Fees |  |  |  |  | 30,000 |  | Estimated Legal Fees subject to Court approval |
|  |  |  |  |  |  |  |  |  |
| **Total Expenses** |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
| **Net Profit** |  | 7,295 |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
| **Cumulative Net Proft** |  |  |  |  |  |  |  |  |