**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **ARNOLD BROTHERS FOREST** | ) | Case No. 24-80318 |
| **PRODUCTS, INC.** | ) | Chapter 11 |
| | ) | |
| **Debtor.** | ) | |

## NOTICE TO COURT REGARDING STATUS OF INSURANCE

Ilene J. Lashinsky, United States Trustee for Region 20 (the "UST"), by and through undersigned counsel, submits this Notice to Court Regarding Status of Insurance. The UST states as follows:

1. On May 28, 2024, the UST filed her Motion seeking to dismiss this Chapter 11 case for cause pursuant to 11 U.S.C. § 1112(b) for failure to obtain or maintain insurance on its assets.

2. On June 11, 2024, Arnold Brothers Forest Products, Inc. ("Debtor") filed its Objection to United States Trustee's Motion to Dismiss ("Objection").

3. This Court commenced a hearing on the UST's Motion on June 12, 2024 and continued the hearing to June 20, 2024.

4. At the hearing on June 20, 2024, the parties informed the Court that progress had been made regarding insurance coverage but the parties stipulated that no evidence had been submitted to the UST regarding liability coverage on Debtor's business operations.

5. At the June 20, 2024, hearing, this Court ordered the Debtor to provide evidence of all insurance coverage as well as evidence of payment of premiums to the UST by June 21, 2024.

6. The UST informs the Court that it has received sufficient evidence of insurance coverage of Debtor's assets. Namely, the Debtor has in place a Workers Compensation Policy (see Exhibit 1 hereto), a Property and Casualty Insurance Policy on its operating facility (see

Exhibit 2 hereto), and a General Liability Policy on its business operations (see Exhibit 3 hereto).

7. The Property and Casualty Insurance Policy has been amended since its placement to include additional assets that the UST believed to be uninsured. The UST is now satisfied that the assets that were previously uninsured are now covered.

8. The UST has received evidence of payment for the Property and Casualty Insurance Policy and the General Liability Policy (see Exhibit 4 hereto). The Workers Compensation Policy has been in place since prior to the commencement of the case and based on Debtor's sworn testimony at the 341 meeting of creditors, payment of premiums is current.

9. The UST submits that there are no longer deficiencies in insurance coverage as to the Debtor's assets.

**DATED**: June 21, 2024.

Respectfully submitted,

ILENE J. LASHINSKY
UNITED STATES TRUSTEE

*/s/ Mary E. Kindelt*
Karen Walsh, OBA# 14690
Mary E. Kindelt, OBA# 21728
224 South Boulder, Suite 225
PO Box 3044
Tulsa, OK 74101
(918) 581-6670
(918) 581-6674 (Fax)
Mary.kindelt@usdoj.gov